AT ROANOKE, VA
FILED

APR 04 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY ANTOINE FITTS, | ) | Civil Action No. 7:11-cv-00012 |
|     Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By:   Hon. James C. Turk |
| GENE M. JOHNSON, | ) | Senior United States District Judge |
|     Respondent. | ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the respondent's motion to dismiss is **GRANTED**; petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copies of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This _4th_ day of April, 2011.

                                              _/s/ James C. Turk_
                                              Senior United States District Judge